**Exh. O to ANDREA MAY GUMMO's MEMORANDUM OF LAW IN OPPOSITION TO CINCINNATI INSURANCE COMPANY'S MOTION FOR PARTIAL SUMMARY JUDGMENT**



Received Time Apr. 29. 2013 10:

Paul's Repair LLC
1196 Harve Brown Rd
Bethpage, TN 37022
1(615)644-6600

**Invoice #**

EXHIBIT 2
WIT: R. Ward
DATE: 3/6/14
LAUREL EILER, RDR, LCR

**Bill To:** Ward Construction
Address
City, State, Zip
Phone Number

**Ship To:**

**Machine:** 3 honda 4wheelers

| Product ID | Description | Unit Price | Quantity | Line Total |
|---|---|---|---|---|
| | oil | $3.00 | 9 | $27.00 |
| | oil filter | $4.95 | 3 | $14.85 |
| | service 4wheelers service air filters | $60.00 | 3 | $180.00 |
| | ck over | | | |
| | | | Subtotal | $221.85 |
| | | | Labor | |
| | | | Tax 9.25% | $20.52 |
| | | | Shipping & Handling | |
| | | | Total | $242.37 |
| | | | Paid | |
| | | | Total Due | $242.37 |

*Thank You For Your Business*

GUMMO/WARD 000006